UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL NO. 05-341 (RMU) |
| | : | |
| **ALFREDO MANUEL DE VENGOECHEA-MENDEZ** | : | MOTION TO UNSEAL |
| a.k.a. "El Patron" | : | FILED UNDER SEAL |
| a.k.a. "Feyo" | : | |
| | : | |
| **ALVARO ANTONIO PADILLA-MELENDEZ** | : | |
| a.k.a. "El Topo" | : | |
| | : | |
| **MARLON GUERRERO-ROMAN** | : | |
| | : | |
| **FIRST NAME UNKNOWN LAST NAME UNKNOWN** | : | |
| a.k.a. "Marquitos" | : | |
| | : | |
| **RAFAEL EDUARDO RUIZ-ALVEAR** | : | |
| a.k.a. "Rafael" | : | |
| | : | |
| **LUIS ANTONIO VALENZUELA-SIERRA** | : | |
| a.k.a. "Lucho" | : | |
| a.k.a. "Mi Tonto" | : | |
| | : | |
| **EBLIN RAFAEL RAMIREZ-DIAZ** | : | |
| a.k.a. "Rafa" | : | |
| | | |
| **Defendants.** | | |

## MOTION TO UNSEAL

The United States, by and through its undersigned counsel respectfully moves this Honorable Court to unseal this case. The United States had previously moved the Court to seal this case, with leave to disclose the Indictment as needed to procure the arrest and extraditions of the defendants. The Court granted the government's motion.

In support of the its motion to unseal the government states the following:

Law enforcement authorities of the United States and Colombia, South America have arrested all of the defendants named in the indictment. Consequently, the government's need to seal no longer exists.

                              Respectfully submitted,

                              KEN BLANCO, Chief
                              Narcotic and Dangerous Drug Section
                              Criminal Division
                              U.S. Department of Justice
                              Washington, D.C. 20530

By: _____
       Patrick H. Hearn
       Trial Attorney
       Narcotic and Dangerous Drug Section
       U.S. Department of Justice
       1400 New York Ave, N.W.
       Washington, D.C. 20005