# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: 05-341 | MAGIS. NO: |
|---|---|---|

_UN_ **SEALED** v.

ALFREDO MANUEL DE VENGOECHEA-MENDEZ, et. al.

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED

Luis Antonio Valenzuela-Sierra #6

**FILED**

**SEP 2 5 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DOB:                    PDID:

| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST |
|---|---|

| TO:   **ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER** | CITY |
|---|---|

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO MANUFACTURE AND DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

DISTRIBUTION OF FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WILL BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

FORFEITURE

UNITED STATES CODE TITLE & SECTION:

IN VIOLATION OF:   21:959,960 and 963; 21:959; 18:2; and 21:853 and 970

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| **HWOB** | |

| ORDERED BY: **MAGISTRATE JUDGE FACCIOLA** | SIGNATURE (JUDGE/MAGISTRATE JUDGE) _John M Facciola_ **U.S. MAGISTRATE JOHN M. FACCIOLA** | DATE ISSUED: **September 14, 2005** |
|---|---|---|
| CLERK OF COURT: **Nancy Mayer-Whittington** | BY DEPUTY CLERK: | DATE: 9/14/05 |

## RETURN

9-25-06   This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 9-14-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| HIDTA   Yes        No  X | | OCDETF CASE:   Yes        No  X |
| CASE: | DAVID BALDWIN | David Baldwin |