UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :
                               :
            v.                 :    Criminal Action No.: **05-341** (RMU)
                               :
#1 ALFREDO VENGOECHEA-MENDEZ   :
#6 LUIS VALENZUELA-SIERRA      :
#7 EBLIN RAMIREZ-DIAZ          :
            Defendant(s).      :

**FILED**
OCT 1 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

It is this **11th** day of **October** 2005,

ORDERED that a **status** hearing in the above-captioned case shall take place on **November 2, 2006** at **10:00 am**.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

The government's motion to certify a complex case due October 11, 2006. The defendants' oppositions are due November 2, 2006. by 7:00am.