UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Crim. Case No.: 05-341 (RMU)** |
| **LUIS VALENZUELA-SIERRA** | |

## ORDER

Before the Court is the government's motion to exclude time under the Speedy Trial Act and declare the case complex. Upon consideration of the government motion and defense oppositions, and a review of the entire record, the government's motion is **DENIED.**

So ordered this _____ day of November 2006.

_____
**Ricardo M. Urbina**
**United States District Court Judge**

**Copies To:**

All Parties Via ECF.