## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

                             :

              v.               :       Criminal Action No.: 05-341   (RMU)

                             :

ALFREDO VENGOECHEA-MENDEZ,   :

              *et al.,*        :

                             :

          Defendant.      :

**FILED**

NOV 2 - 2006

### ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 2nd day of November 2006,

**ORDERED** that a status hearing in the above-captioned case shall take place on

December 12, 2006 at 10:30am.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge