UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Case No.: 05-341 (RMU) |
| LUIS VALENZUELA-SIERRA | |

### DEFENDANT VALENZUELA-SIERRA'S PROPOSED ORDER GRANTING MOTION FOR DETENTION FACILITY TRANSFER

**COMES NOW DEFENDANT, Luis Valenzuela-Sierra,** through undersigned counsel, and respectfully submits the attached proposed order consistent with this Court's oral ruling on Thursday, November 2, 2006, in response to the defendant's motion for transfer between detention facilities.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C. 20004
(202) 220-3073
Defense Counsel for Jose Valenzuela-Sierra

1

2

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that a copy of the foregoing pleading was transmitted to all parties via ECF electronic filing on this 3rd day of November 2006.

                  _____
                  Manuel J. Retureta, Esq.