UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| | **Crim. Case No.: 05-341 (RMU)** |
| v. | |
| | |
| **LUIS VALENZUELA-SIERRA** | |

### ORDER

Upon consideration of defendant's motion heard in open court on Thursday, November 2, 2006, without objection from government counsel, to move the defendant, Mr. Luis Velenzuela-Sierra, from the D.C. Dept. of Corrections' Central Detention Facility (D.C. Jail) to Corrections Corporation of America's Central Treatment Facility (CTF) for more comprehensive medical treatment and appropriate conditions in light of the international aspect of his detention, said motion is hereby **GRANTED.**

This Court hereby requests and recommends the U.S. Marshals Service to transport Mr. Luis Valenzuela-Sierra from D.C. Jail to CTF as soon as possible.

So Ordered This _____ Day of November 2006.

                                               **Ricardo M. Urbina**
                                               **United States District Judge**

**Copies To:**

All Parties Via ECF.

| U.S. Marshals Service | D.C. Dept. of Corrections | Correctional Treatment Facility |
|---|---|---|
| U.S. Courthouse | 1923 Vermont Ave., NW | 1901 E Street, SE |
| 333 Constitution Ave., NW | Washington, D.C. 20001 | Washington, D.C. 20003 |
| Washington, D.C. 20001 | | |