UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 05-341 (RMU)
:
ALFREDO VENGOECHEA-MENDEZ, :
*et al.*, :
:
Defendant. :

**ORDER**

FILED
DEC 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 12th day of December 2006,

**ORDERED** that a status hearing in the above-captioned case shall take place on March 19, 2007 at 2pm.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge