UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 05-341 (RMU)
:
ALFREDO MANUEL :
DE VENGOECHEA-MENDEZ, *et al*, :
:
Defendants. :

**ORDER**

**FILED**
MAR 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 19th day of March 2007,

ORDERED that a status hearing in the above-captioned case shall take place on _August 10, 2007_ at _9:45_.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge