UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Crim. Case No.:  05-341 (RMU) |
| v. | |
| LUIS VALENZUELA-SIERRA | |

### DEFENDANT VALENZUELA-SIERRA'S PROPOSED ORDER GRANTING ADDITIONAL LAW LIBRARY ACCESS TIME

**COMES NOW DEFENDANT, Luis Valenzuela-Sierra,** through undersigned counsel, and respectfully submits the attached proposed order consistent with this Court's oral ruling on Friday, August 10, 2007, in response to the defendant's motion for law library access.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C.  20004
(202) 220-3073
Defense Counsel for Jose Valenzuela-Sierra

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading was transmitted to all parties via ECF electronic filing on this 20th day of August 2007.

_____/s/_____
Manuel J. Retureta, Esq.