UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. Case No.: 05-341 (RMU) |
| v. | |
| LUIS VALENZUELA-SIERRA | |

**FILED**

**AUG 2 1 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

This matter is before the Court on Defendant Luis Valenzuela-Sierra's motion for increased access to the law library at the Central Treatment Facility operated by the Corrections Corporation of America. The Court finds that after having considered the government position, as well as the entire record herein, there is good cause for defendant's motion and it is hereby **ORDERED**, that Defendant's motion is **GRANTED**; and, it is further **ORDERED**, that the Central Treatment Facility shall make arrangements for Defendant to access the law library at least twice each week for no less than ten hours per week while he is held pending trial.

SO ORDERED THIS 21 DAY OF August, 2007.

_____
Ricardo M. Urbina
United States District Judge

**Copies to:**

All parties via ECF.

Maria Amato, General Counsel
D.C. Department of Corrections
1923 Vermont Avenue, NW
Washington, D.C. 20001
Fax: 202-671-2514

Warden William J. Smith, CCE
Central Detention Facility,
DC Department of Corrections
1901 D Street, SE
Washington, DC 20003
Fax: 202-698-4877

Warden John Caulfield
Central Treatment Facility, CCA
1901 E Street SE
Washington, D.C. 20003
Fax: 202-698-3301