UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-341 (RMU) |
| | : | |
| VENGOECHEA-MENDEZ et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**FILED**
**MAY 27 2008**
Clerk, U.S. District and
Bankruptcy Courts

It is this 27th day of August 2008, hereby

**ORDERED** a status hearing in the above-captioned case shall take place on ~~August 7~~ June 19, 2008 at ~~2:30 pm~~ 10 AM.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge