UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
          v.                     :    Criminal Action No.: 05-341 (RMU)
                                 :
DEVENGOECHEA et al.,             :
Dfts 2, 3, 5, 6 + 7              :
          Defendants.            :

**FILED**
JUN 19 2008
Clerk, U.S. District and
Bankruptcy Courts

**O R D E R**

It is this 19th day of June 2008, hereby

**ORDERED** a status hearing in the above-captioned case shall take place on August 18, 2008 at 2:00 pm.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge

