UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
           v.                     :     Criminal Action No.: 05-0341 (RMU)
                                  :
DE VENGOECHEA-MENDEZ, et al.,     :
 Defts. 2, 3, 5, 6 + 7            :     **FILED**
           Defendant.             :
                                  :     AUG 18 2008
                                        Clerk, U.S. District and
                     **O R D E R**      Bankruptcy Courts

It is this 18th day of August, 2008, hereby

**ORDERED** that a ___Status___ hearing in the above-captioned case shall take place on ___September 8, 2008___ at ___2:00 pm___.

**SO ORDERED.**

                                    _____
                                    Ricardo M. Urbina
                                    United States District Judge

