UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :
                            :
            v.              :      Criminal Action No.: 05-341-06 (RMU)
                            :
Hg. Valenzuela-Sierra,      :
                            :                    **FILED**
            Defendant.      :
                                                 SEP 8 - 2008

                                          Clerk, U.S. District and
                                            Bankruptcy Courts

**ORDER**

It is this 8th day of September 2008, hereby

ORDERED a __Status__ hearing in the above-captioned case shall take place on __September 23, 2008__ at __3:00 p.m.__ .

**SO ORDERED**.

---
Ricardo M. Urbina
United States District Judge